IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVELLE CRONK,<br><br>    Plaintiff,<br><br>  v.<br><br>RECKITT BENCKISER PHARMACEUTICALS, INC.,<br><br>    Defendant.<br>_____ / | No. C 13-3245 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

    On July 30, 2013, plaintiff electronically filed a Memorandum in Opposition to defendant's motion to dismiss. Plaintiff has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiff is hereby advised that if she fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: August 6, 2013

                                    MAXINE M. CHESNEY
                                    United States District Judge