IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVELLE CRONK, | No. C 13-3245 MMC |
| Plaintiff, | |
| v. | **ORDER VACATING AUGUST 23, 2013 HEARING ON MOTION** |
| RECKITT BENCKISER PHARMACEUTICALS, INC., | |
| Defendant. | |

Before the Court is defendant's motion, filed July 17, 2013, to dismiss. Plaintiff has filed opposition, to which defendant has replied. The Court deems the matter suitable for decision without oral argument, and hereby VACATES the hearing scheduled for August 23, 2013.

**IT IS SO ORDERED.**

Dated: August 21, 2013

MAXINE M. CHESNEY
United States District Judge