Linda L. Usoz (SBN 133749)
linda.usoz@klgates.com
Frances B. Cox (SBN 133696)
nancy.cox@klgates.com
**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone:  (650) 798-6700
Facsimile:  (650) 798-6701

Attorneys for Defendant RECKITT BENCKISER PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANELLE CRONK,<br><br>            Plaintiff,<br><br>    vs.<br><br>RECKITT BENCKISER PHARMACEUTICALS, INC.; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. C13-03245 MMC<br><br>**ORDER** CONTINUING CASE MANAGEMENT CONFERENCE |

The Court, having considered the joint application by plaintiff Janelle Cronk and defendant Reckitt Benckiser Pharmaceuticals, Inc. to adjourn the Initial Case Management Conference, currently scheduled for November 8, 2013, and with good cause having been shown,

**IT IS HEREBY ORDERED** that the parties' request is **GRANTED.**  The Initial Case Management Conference will be held before the Honorable Maxine M. Chesney on December 6, 2013 at 10:30 am in Courtroom No. 7, 19th floor Federal Building.

Dated: ___October 16_____, 2013         _____
                                             The Honorable Maxine M. Chesney
                                             Judge of the U.S. District Court, Northern District of California

1
ORDER, Case No. C13-03245 MMC

PL-85657  v1