IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE CRONK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RECKITT BENCKISER<br>PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant.<br>_____/ | No. C 13-3245 MMC<br><br>**ORDER VACATING NOVEMBER 1, 2013, HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT IN PART** |

　　　Before the Court is defendant Reckitt Benckiser Pharmaceuticals, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint in Part, filed September 27, 2013.  Plaintiff has filed opposition, to which defendant has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for November 1, 2013.

　　　**IT IS SO ORDERED.**

Dated: October 30, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge