**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANELLE CRONK, | Case No. C13-03245 MMC |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| RECKITT BENCKISER PHARMACEUTICALS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties through counsel,

**IT IS HEREBY ORDERED** that the above-entitled case is hereby dismissed in its entirety with prejudice, and each side bear their own costs and attorneys fees.

Dated: __January 10__, 2014       _____
The Honorable Maxine M. Chesney
Judge of the U.S. District Court, Northern District of California

---

1

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE, Case No. C13-03245 MMC

PL-88417 v1